In the Matter of the Claim of MARCUS BRENNAN, Respondent, against MACK INTERNATIONAL MOTOR TRUCK CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 3, 1933; decided October 17, 1933.)

*Joseph F. Donovan* and *Arthur W. Andrews* for appellants.

*Robert C. Killough, Jr.,* for claimant-respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.